UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOSEF I. MUSTAFANOS, and SHIRLEY J. CLIFTON by and through YOSEF L. MUSTAFANOS, her legally appointed guardian,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, LYON COUNTY, P.J. BALTES, GREGORY KANTZ, ALBERT TORRES, DEBORAH JUNE STRODE, LAURA DEPAOLI, ANDREW STRODE, EDWARD ANDERSON, JD, LEON ABASTURI, DAVID O'MARA, AARON MOURITSEN, JAMES SHIELDS BEASLEY, JONATHAN KING, DAY WILLIAMS and DOES 1 thru 10 inclusive,<br><br>Defendants. | Case No. 3:16-cv-00254-MMD-WGC<br><br>ORDER |

Plaintiffs filed a motion for temporary restraining order the same day they file the Complaint ("Motion"). (ECF No. 3.) The Motion is titled "Temporary Restraining Order Without Notice." (*Id.*) Plaintiffs assert that Deborah June Strode, one of the many defendants named in the Complaint, "is anxious to sell the mutually owned home located at 5400 Railroad Street Silver Springs, Nevada 89429, because of her gambling addictions." (*Id.* at 4.) Plaintiffs appear to ask the Court to stop the sale of this home. (*Id.*) Based on Plaintiffs' allegations in the Motion, it does not even appear that this home has been listed. The Court does not find there is a valid reason to address the Motion on an expedited basis or to address the Motion *ex parte* without notice to

1 | Defendants.  Accordingly, Plaintiffs are directed to serve the Motion on Defendants, and
2 | to file proof of service of the Motion. The briefing schedule established in LR 7-2(b) will
3 | apply to the Motion.

DATED THIS 16th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE